UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KENNETH CHAMBERLAIN, JR., AS THE ADMINISTRATOR OF THE ESTATE OF KENNETH CHAMBERLAIN, SR., <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF WHITE PLAINS; WHITE PLAINS HOUSING AUTHORITY;  P.O. ANTHONY CARELLI; P.O. STEVEN HART; P.O. MAURICE LOVE; P.O. STEVEN DEMCHUK; P.O. MAREK MARKOWSKI; SERGEANT STEPHEN FOTTRELL; SERGEANT KEITH MARTIN; LIEUTENANT JAMES SPENCER, <br><br> Defendants. | Civil Action No. 12 CV 5142 (CS) |

**PLAINTIFF'S OMNIBUS MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

 

**NEWMAN FERRARA LLP**
*Counsel for Plaintiff*
Randolph M. McLaughlin
Debra S. Cohen
Jeffrey M. Norton
1250 Broadway, 27th Floor
New York, New York 10001
Tel: 212-619-5400
Fax: 212-619-3090

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
KENNETH CHAMBERLAIN, JR., AS THE ADMINISTRATOR OF THE ESTATE OF KENNETH CHAMBERLAIN, SR.,

                  Plaintiff,

-against-

CITY OF WHITE PLAINS; WHITE PLAINS HOUSING AUTHORITY; P.O. ANTHONY CARELLI; P.O. STEVEN HART; P.O. MAURICE LOVE; P.O. STEVEN DEMCHUK; P.O. MAREK MARKOWSKI; SERGEANT STEPHEN FOTTRELL; SERGEANT KEITH MARTIN; LIEUTENANT JAMES SPENCER,

                  Defendants.
------------------------------------------------------X

Civil Action No.  12 CV 5142 (CS)

**DECLARATION OF RANDOLPH M. MCLAUGHLIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

RANDOLPH M. MCLAUGHLIN, an attorney admitted to practice in this Court, hereby declares that the following is true and correct:

      1.  I am one of the attorneys representing Plaintiff Kenneth Chamberlain, Jr., as the Administrator of the Estate of Kenneth Chamberlain, Sr.  I submit this Declaration and the accompanying Plaintiff's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint.

      2.  Annexed hereto as Exhibit A is a true copy of Plaintiff's transcript of the Life Aid audio recordings, previously produced at the Court's direction on November 8, 2012.

3. Annexed hereto as Exhibit B is a true copy of Plaintiff's transcript of the White Plains Police Department Taser audio recordings, previously produced at the Court's direction on November 8, 2012.

4. Annexed hereto as Exhibit C is a true copy of Plaintiff's cover letter accompanying the transcripts produced to the Court on November 8, 2012.

5. Annexed hereto as Exhibit D is a true copy of Plaintiff's Freedom of Information Law ("FOIL") Request to the White Plains Department of Public Safety on April 3, 2012.

6. Annexed hereto as Exhibit E are true copies of news articles published at the time the Notice of Claim was served upon Defendant White Plains on February 15, 2012.

Dated:  New York, New York
        April 12, 2013

                                                Respectfully Submitted,

                                                NEWMAN FERRARA LLP


                                                _____
                                                RANDOLPH M. MCLAUGHLIN

2