UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CHAMBERLAIN, JR., AS THE ADMINISTRATOR OF THE ESTATE OF KENNETH CHAMBERLAIN, SR.,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF WHITE PLAINS; P.O. ANTHONY CARELLI; P.O. STEVEN DEMCHUK; SERGEANT STEPHEN FOTTRELL; and SERGEANT KEITH MARTIN,<br><br>      Defendants. | Civil Action No. 12-cv-5142 (CS)(PED) |

## [PROPOSED] ORDER MODIFYING CASE SCHEDULING ORDER

Pursuant to Plaintiff's Unopposed Motion to Modify the Case Scheduling Order, and for good cause shown, the Scheduling Order (Dkt. 223) is hereby modified as follows:

1. Any further interrogatories are to be served by **January 8, 2021**.

2. The deadline for the completion of fact discovery shall be **February 15, 2021**.

3. Requests to Admit, if any, are to be served by **April 23, 2021**.

4. The deadline for the completion of expert discovery shall be **May 14, 2021.**

5. Next Case Management Conference: **May 28, 2021** or at another time convenient for the Court.

All provisions in the Scheduling Order, Dkt. 223, other than the deadlines modified above shall remain in effect.

Further, the parties' joint proposed expert discovery plan, submitted pursuant to Paragraph 5 of the Case Scheduling Order, is adopted as follows:

1. Plaintiff to identify opening expert witnesses and provide the information called for in FRCP 26(a)(2)(B)(iv), (v) and (vi) by **January 29, 2021**.

DC: 7432908-2

2. Defendants to identify expert witnesses and provide information called for in FRCP 26(a)(2)(B)(iv), (v) and (vi) by **February 26, 2021**.

3. Plaintiff to submit opening expert reports by **March 5, 2021**.

4. Defendants to submit expert reports by **April 2, 2021.**

5. Plaintiff to submit rebuttal expert reports, if any, by **April 16, 2021.**

6. Expert Deposition to take place between **April 19, 2021** and **May 14, 2021**.

Dated:   12/10/20

_____
The Honorable Paul E. Davison
United States Magistrate Judge

No further extensions absent extraordinary circumstances.  Plaintiff's counsel shall promptly notify Judge Seibel's chambers and request a corresponding adjustment of the case management conference presently scheduled for March 30, 2021.