UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Kenneth Chamberlain, Jr., *as administrator of the estate of Kenneth Chamberlain, Sr.*

                        Plaintiff,

        -against-

City of White Plains, *et al.*,
                        Defendants.
------------------------------------------------------X

**ORDER**

7:12-CV-05142 (CS)

Seibel, J.

    For the reasons stated on the record on September 19, 2022, the Court DENIES the motions for summary judgment of the City of White Plains, Police Officer Steven Demchuk, Sergeant Stephen Fottrell, Sergeant Keith Martin, and Police Officer Anthony Carelli, except the motion is GRANTED as to Defendant Martin's first use of the beanbag shotgun.

**SO ORDERED.**

Dated: October 18, 2022
         White Plains, New York

                                                    _____
                                                    CATHY SEIBEL, U.S.D.J.